# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNETH MURPHY** | : | **CIVIL ACTION** |
| v. | : | NO. 09-1590 |
| **SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY,** et al. | : | |

## ORDER

**AND NOW**, this 12th day of February, 2010, it is **ORDERED** that:

(1) Defendants' Motion for Summary Judgment (Doc. No. 19) is **GRANTED**;

(2) **JUDGMENT IS ENTERED** in favor of Defendants Southeastern Pennsylvania Transportation Authority, David Scott, Richard Evans, and Vandyke Rowell and against Plaintiff Kenneth Murphy;

(3) The Clerk's Office shall close this case for statistical purposes.

IT IS SO ORDERED.

*/s/ Paul S. Diamond*

_____

Paul S. Diamond, J.